1099 NEW YORK AVENUE NW  SUITE 900  WASHINGTON, DC  20001-4412

JENNER&BLOCK LLP

June 4, 2015

**Matthew E. Price**
Tel  202 639-6873
Fax 202 661-4802
mprice@jenner.com

**Via ECF**
The Honorable David N. Hurd
United States District Judge
U.S. District Court for the Northern District of New York
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, NY 13501

Re:  *Cayuga Nation v. Tanner*, No. 5:14-cv-1317-DNH-ATB

Dear Judge Hurd:

I write on behalf of the plaintiffs in the above-captioned case.  At the hearing today on plaintiffs' post-judgment motions, the Court asked whether, if the Court granted an injunction pending appeal, plaintiffs would oppose a request by the Village to expedite the appeal.  Plaintiffs hereby inform the Court that the Nation would not oppose such a request.  Additionally, plaintiffs refer the Court to Second Circuit Local Rule 31.2(b)(1)(A), under which the appeal will automatically be placed on the Expedited Appeals Calendar even without such a request by the Village.

Respectfully,

 /s/ Matthew E. Price
Matthew E. Price