# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAYUGA NATION and JOHN DOES 1-20,<br><br>            Plaintiffs,<br><br>HOWARD TANNER, VILLAGE OF UNION SPRINGS CODE ENFORCEMENT OFFICER, IN HIS OFFICIAL CAPACITY; EDWARD TRUFANT, VILLAGE OF UNION SPRINGS MAYOR, IN HIS OFFICIAL CAPACITY; CHAD HAYDEN, VILLAGE OF UNION SPRINGS ATTORNEY, IN HIS OFFICIAL CAPACITY; BOARD OF TRUSTEES OF THE VILLAGE OF UNION SPRINGS, NEW YORK; and THE VILLAGE OF UNION SPRINGS, NEW YORK,<br><br>            Defendants | **Civil Action No:**<br>**5:14-cv-01317 DNH/ATB** |

## REQUEST FOR TRANSCRIPT

TO:    Nancy Freddoso, Court Reporter / Transcriber.

Notice is hereby given that an official transcript of the following proceedings have been requested:

> Motion hearing on John Does' 1–20 Emergency Motion for Temporary Restraining Order seeking partial reconsideration, and Cayuga Nation's and John Does' 1–20 Emergency Motion for Preliminary Injunction Pending Appeal, Emergency Motion for Temporary Restraining Order while Motion is pending, held on June 4, 2015 before the Honorable David N. Hurd.

Transcript order forms will be separately provided in accordance with the Northern District of New York Transcript Request Policy.

Dated:  June 8, 2015

                                                            **HANCOCK ESTABROOK, LLP**

                                                            By: s/*Nina I. Brown*

{H2557922.1}

Nina I. Brown, Esq.   (Bar Roll No: 517396)
John G. Powers, Esq.  (Bar Roll No: 508934)
1500 AXA Tower I
100 Madison Street
Syracuse, NY   13202
Telephone:     (315) 565-4547
Facsimile:      (315) 565-4647

-and-

Joshua M. Segal, Esq., *pro hac vice*
Matthew E. Price, Esq., *pro hac vice*
JENNER & BLOCK LLP
1099 New York Avenue, NW / Suite 900
Washington, DC   20001

***Attorneys for Plaintiffs***

{H2557922.1}

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2015, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, and served defendants conventionally by electronic mail upon:

>Chad Hayden, Esq.
>chadhayden@aol.com
>
>Cornelius D. Murray, Esq.
>cmurray@oalaw.com

        *s/Nina I. Brown*
        Nina I. Brown, Esq.
        Bar Roll No:  517396

{H2557922.1}