IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CAYUGA NATION AND JOHN DOES 1-20, <br><br> Plaintiffs, <br><br> v. <br><br> HOWARD TANNER, VILLAGE OF UNION SPRINGS CODE ENFORCEMENT OFFICER, IN HIS OFFICIAL CAPACITY; EDWARD TRUFANT, VILLAGE OF UNION SPRINGS MAYOR, IN HIS OFFICIAL CAPACITY; CHAD HAYDEN, VILLAGE OF UNION SPRINGS ATTORNEY, IN HIS OFFICIAL CAPACITY; BOARD OF TRUSTEES OF THE VILLAGE OF UNION SPRINGS, NEW YORK; AND THE VILLAGE OF UNION SPRINGS, NEW YORK <br><br> Defendants. | No.: 5:14-cv-01317-DNH-ATB |

## STIPULATION AND ORDER

WHEREAS, the parties agreed to a Stipulation and Order on August 16, 2016 (ECF No. 74), whose recitals are incorporated by reference herein; and

WHEREAS, the Court "so-ordered" that Stipulation and Order on August 16, 2016 (ECF No. 75); and

WHEREAS, the Stipulation and Order required the parties to report back to the Court within 60 days; and

WHEREAS, the parties are continuing to explore ways to resolve their dispute without further litigation; and

WHEREAS, in entering into this stipulation, neither Plaintiffs nor Defendants intend to compromise or waive any aspect of their respective positions concerning the merits of this case or the appropriateness of preliminary injunctive relief; therefore, it is

**STIPULATED AND AGREED**, between the parties that:

1. Pending a ruling on the merits of Plaintiffs' motion for a preliminary injunction, the temporary restraining order entered by the Court on October 29, 2014 (ECF No. 7) shall remain in effect by Defendants' consent.

2. Further proceedings in this action, including proceedings on Plaintiffs' motion for a preliminary injunction, shall remain stayed to permit the parties to continue to explore ways to resolve this dispute without further litigation.

3. The parties shall report back to the Court within 30 days of the date of this stipulation.

Dated:  October 17, 2016                                  Dated:  October 17, 2016

On behalf of Plaintiffs:                                  On behalf of Defendants:

By: /s/ David W. DeBruin                                  By: /s/ Cornelius D. Murray
　　David W. DeBruin (*pro hac vice*)                     　　Cornelius D. Murray (Bar No. 505329)
　　JENNER & BLOCK LLP                                    　　O'CONNELL AND ARONOWITZ
　　1099 New York Ave. NW Suite 900                       　　54 State Street
　　Washington, DC 20001                                  　　Albany, New York 12207

IT IS SO ORDERED

Dated: October 18 , 2016
　　　　Utica, New York

_____
David N. Hurd
United States District Judge

## CERTIFICATE OF SERVICE

I certify that, on October 17, 2016, I caused the foregoing Stipulation and Order to be served on all counsel of record registered with the Court's CM/ECF system.

/s/ David W. DeBruin