IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CAYUGA NATION AND JOHN DOES 1-20,<br><br>Plaintiffs,<br><br>v.<br><br>HOWARD TANNER, VILLAGE OF UNION SPRINGS CODE ENFORCEMENT OFFICER, IN HIS OFFICIAL CAPACITY; EDWARD TRUFANT, VILLAGE OF UNION SPRINGS MAYOR, IN HIS OFFICIAL CAPACITY; CHAD HAYDEN, VILLAGE OF UNION SPRINGS ATTORNEY, IN HIS OFFICIAL CAPACITY; BOARD OF TRUSTEES OF THE VILLAGE OF UNION SPRINGS, NEW YORK; AND THE VILLAGE OF UNION SPRINGS, NEW YORK<br><br>Defendants. | No.: 5:14-cv-01317-DNH-ATB |

## REPORT OF PLAINTIFFS

WHEREAS, the parties agreed to a Stipulation and Order on October 17, 2016 (ECF No. 76), whose recitals are incorporated by reference herein; and

WHEREAS, the Court "so-ordered" that Stipulation and Order on October 18, 2016 (ECF No. 77); and

WHEREAS, the Court required the parties to report back to the Court by November 18, 2016; therefore,

Plaintiffs respectfully report as follows:

1. Although the parties have met and have had productive discussions concerning a potential resolution of this dispute and other matters, the parties no longer agree on language

regarding a continuation of their agreement to allow for further negotiations. Plaintiffs therefore suggest that the Court schedule a status conference to address the continuation of this litigation as directed by the Court of Appeals. Plaintiffs submit that, pending the status conference, the temporary restraining order entered by the Court on October 29, 2014 (ECF No. 7) should remain in effect.

Dated:   November 18, 2016

On behalf of Plaintiffs:

By: /s/ David W. DeBruin
     David W. DeBruin (*pro hac vice*)
     JENNER & BLOCK LLP
     1099 New York Ave. NW Suite 900
     Washington, DC 20001

IT IS SO ORDERED:  pending a status conference to be scheduled by this Court, the temporary restraining order entered by the Court on October 29, 2014 (ECF No. 7) shall remain in effect.

_____
United States District Judge

Dated: November ___, 2016
        Utica, New York

## CERTIFICATE OF SERVICE

I certify that, on November 18, 2016, I caused the foregoing Report of Plaintiffs to be served on all counsel of record registered with the Court's CM/ECF system.

/s/ David W. DeBruin