## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAYUGA NATION and JOHN DOES 1-20, <br><br>             Plaintiffs, <br> -against- <br><br> HOWARD TANNER, VILLAGE OF UNION SPRINGS CODE ENFORCEMENT OFFICER, IN HIS OFFICIAL CAPACITY; EDWARD TRUFANT, VILLAGE OF UNION SPRINGS MAYOR, IN HIS OFFICIAL CAPACITY; CHAD HAYDEN, VILLAGE OF UNION SPRINGS ATTORNEY, IN HIS OFFICIAL CAPACITY; BOARDOF TRUSTEES OF THE VILLAGE OF UNION SPRINGS, NEW YORK; AND THE VILLAGE OF UNION SPRINGS, NEW YORK, <br><br>             Defendants. | No. 5:14-CV-01317-DNH-ATB |

## REPORT OF DEFENDANTS

WHEREAS, by Order dated October 17, 2016 (ECF No. 77), the Court ordered the parties to provide it with a status report on their discussions concerning a potential resolution of this dispute; and

WHEREAS, Plaintiffs have filed their Report on November 18, 2016 (ECF No. 78) correctly reporting that the parties have been unable to agree on language to continue their discussions;

THEREFORE, Defendants respectfully concur with Plaintiffs' request that the

Court schedule a status conference to address the continuation of this litigation.

DATED:        November 22, 2016

On Behalf of Defendants:

O'CONNELL AND ARONOWITZ
By:

_____
/s/ Cornelius D. Murray, Esq.
Office and P.O. Address
54 State Street
Albany NY  12207-2501
(518) 462-5601

G:\DATA\Health Department\CDM\Village of Union Springs\Report of Defendants.docx