UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CAYUGA NATION AND JOHN DOES 1-20,

                    Plaintiffs,

vs.

HOWARD TANNER, VILLAGE OF UNION
SPRINGS CODE ENFORCEMENT OFFICER, IN
HIS OFFICIAL CAPACITY; EDWARD
TRUFANT, VILLAGE OF UNION SPRINGS
MAYOR, IN HIS OFFICIAL CAPACITY; CHAD
HAYDEN, VILLAGE OF UNION SPRINGS
ATTORNEY, IN HIS OFFICIAL CAPACITY;
BOARD OF TRUSTEES OF THE VILLAGE OF
UNION SPRINGS, NEW YORK; AND THE
VILLAGE OF UNION SPRINGS, NEW YORK,

                    Defendants.

Civil Action No. 5:14-CV-1317
(DNH/ATB)

---

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the following attorney hereby appears in the above-

captioned action as counsel of record representing the Plaintiffs:

PAUL J. TUCK
(Bar Roll No.520814)
HANCOCK ESTABROOK, LLP

Dated:    October 12, 2017

Respectfully submitted,

By:    *s/ Paul J. Tuck*
       Paul J. Tuck, Esq.
       (Bar Roll No. 520814)

HANCOCK ESTABROOK, LLP
100 Madison Street, Suite 1500
Syracuse, New York 13202
(315) 565-4500 (Office)
(315) 565-4600 (Facsimile)
ptuck@hancocklaw.com

{H3146121.1}

**<u>CERTIFICATE OF SERVICE</u>**


   I hereby certify that on October 12, 2017, I caused the foregoing document to be filed electronically with the Clerk of the District Court, Northern District of New York using the CM/ECF system, which sent notification of such filing to all counsel who have made an appearance in this action.


             *s/ Paul J. Tuck, Esq.*
             (Bar Roll No. 520814)

{H3146121.1}