# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CAYUGA NATION AND JOHN DOES 1-20,<br><br>Plaintiffs,<br><br>v.<br><br>HOWARD TANNER, VILLAGE OF UNION SPRINGS CODE ENFORCEMENT OFFICER, IN HIS OFFICIAL CAPACITY; EDWARD TRUFANT, VILLAGE OF UNION SPRINGS MAYOR, IN HIS OFFICIAL CAPACITY; CHAD HAYDEN, VILLAGE OF UNION SPRINGS ATTORNEY, IN HIS OFFICIAL CAPACITY; BOARD OF TRUSTEES OF THE VILLAGE OF UNION SPRINGS, NEW YORK; AND THE VILLAGE OF UNION SPRINGS, NEW YORK<br><br>Defendants. | No.: 5:14-cv-01317-DNH-ATB |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF JOSHUA M. SEGAL

Please notice the withdrawal of the appearance of Joshua M. Segal as counsel to Plaintiffs in the above-captioned matter. Jenner & Block LLP, Hancock Estabrook LLP, and all other attorneys at Jenner & Block LLP will remain as counsel of record for Plaintiffs.

December 11, 2017

Respectfully submitted,

/s/ Joshua M. Segal
David W. DeBruin (pro hac vice)
Matthew E. Price (pro hac vice)
Joshua M. Segal (pro hac vice)
JENNER & BLOCK LLP
1099 New York Avenue NW, Suite 900
Washington, DC  20001
Telephone: (202) 639-6000
Fax: (202) 639-6066

jsegal@jenner.com
mprice@jenner.com
ddebruin@jenner.com

John G. Powers (Bar No. 508934)
HANCOCK ESTABROOK LLP
1500 AXA Tower I
100 Madison Street
Syracuse, New York 13202
Telephone: (315) 565-4500
Fax: (315) 565-4600
jpowers@hancocklaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on this 11th day of December, 2017, I electronically filed the foregoing Notice of Withdrawal of Appearance using the CM/ECF system, which will send electronic or other notification of such filing to all counsel of record in this case.

                                          /s/ Joshua M. Segal
                                          Joshua M. Segal