IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CAYUGA NATION <br> AND JOHN DOES 1-20, <br><br> Plaintiffs, <br><br> v. <br><br> HOWARD TANNER, VILLAGE OF UNION SPRINGS CODE ENFORCEMENT OFFICER, IN HIS OFFICIAL CAPACITY; EDWARD TRUFANT, VILLAGE OF UNION SPRINGS MAYOR, IN HIS OFFICIAL CAPACITY; CHAD HAYDEN, VILLAGE OF UNION SPRINGS ATTORNEY, IN HIS OFFICIAL CAPACITY; BOARD OF TRUSTEES OF THE VILLAGE OF UNION SPRINGS, NEW YORK; AND THE VILLAGE OF UNION SPRINGS, NEW YORK <br><br> Defendants. | No.: 5:14-cv-01317-DNH-ATB |

## STATUS REPORT

As directed by the Court's order dated September 6, 2018, the parties hereby file the following joint status report regarding their efforts to resolve this case.

The parties had not met recently, largely because of attention to other matters. The Cayuga Nation's gaming facility in the Village of Union Springs continues to operate and to be regulated by the National Indian Gaming Commission (NIGC). In response to the Court's order of September 6, 2018, directing the submission of this status report, the parties made efforts to conduct an in-person meeting of the parties, including principals, to discuss general issues and a potential resolution of this case that would remove it from the Court's docket. Because of conflicts in schedules, the parties were not able to conduct that meeting during the week of

September 10, 2018.  However, the parties have made a commitment to conduct such a meeting within the next 45 days, and the parties will attempt to submit a final status report and proposed resolution of the case by October 29, 2018.

Dated:   September 14, 2018

On behalf of Plaintiffs:

By:  /s/ David W. DeBruin
     David W. DeBruin (*pro hac vice*)
     Jenner & Block LLP
     1099 New York Ave. NW Suite 900
     Washington, DC 20001

Dated:   September 14, 2018

On behalf of Defendants:

By:  /s/ Chad R. Hayden
     Chad R. Hayden
     Union Springs Village Attorney
     6569 State Route 90 North
     Cayuga, New York 13034