UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CAYUGA NATION and JOHN DOES 1–20,

                          Plaintiffs,

-against-

HOWARD TANNER, Village of Union
Springs Code Enforcement Officer,
in his Official Capacity;
EDWARD TRUFANT, Village of Union
Springs Mayor, in his Official Capacity;
CHAD HAYDEN, Village of Union Springs
Attorney, in his Official Capacity;
BOARD OF TRUSTEES OF THE VILLAGE OF
UNION SPRINGS, NEW YORK; and
THE VILLAGE OF UNION SPRINGS, NEW YORK,

                          Defendants.

**NOTICE OF APPEARANCE OF COUNSEL**

Docket No.: 5:14-cv-01317
DNH/ATB

---

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.2(a), the undersigned hereby appears as counsel of record for all Defendants in the above-captioned action

                DAVID H. TENNANT
                (Bar Roll No. 510257)
                LAW OFFICE OF DAVID TENNANT PLLC

Dated: Dated: March 25, 2019

                          Respectfully submitted,

                          By:   */s/ David H. Tennant*
                               David H. Tennant
                               (Bar Roll No. 510257)
                          LAW OFFICE OF DAVID TENNANT PLLC
                          3349 Monroe Avenue, Suite 345
                          Rochester, NY 14618
                          Tel: 585-708-9338
                          E-mail: david.tennant@appellatezealot.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2019, I caused the foregoing document to be filed electronically with the Clerk of the District Court, Northern District of New York, using the CM/ECF system, which sent notification of such filing to all counsel who have made an appearance in this action.

/s/ David H. Tennant
(Bar Roll No. 510257)