# LAW OFFICE OF DAVID TENNANT PLLC

3349 Monroe Avenue, Suite 345, Rochester, NY, 14618
585-708-9338
david.tennant@appellatezealot.com

March 26, 2019

Hon. David N. Hurd, U.S. District Judge
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, NY 13501

Re: *Cayuga Nation v. Village of Union Springs et al.*, No. 5:14-cv-01317-DNH-ATB

Dear Judge Hurd:

We write on behalf of both Plaintiffs and Defendants to request a brief adjournment (no more than two weeks) of the telephonic status conference scheduled for March 27 at 2 pm.

We filed our notice of appearance on behalf of Defendants yesterday, and conferred today with counsel for Plaintiffs. Both sides understand that this matter has been pending on the court's docket since 2014 and needs to be resolved either by settlement or litigation. The two week adjournment would allow the Village's new counsel to get up to speed and evaluate the case, while the parties continue to discuss a negotiated resolution.

We remain available at 2 pm tomorrow if the Court wishes to hear from the parties as currently scheduled.

Respectfully submitted,

/s/ David Tennant

David H. Tennant