## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

|   |   |   |
|---|---|---|
| CAYUGA NATION AND JOHN DOES 1-20, <br><br> Plaintiffs, <br><br> v. <br><br> HOWARD TANNER, VILLAGE OF UNION SPRINGS CODE ENFORCEMENT OFFICER, IN HIS OFFICIAL CAPACITY; EDWARD TRUFANT, VILLAGE OF UNION SPRINGS MAYOR, IN HIS OFFICIAL CAPACITY; CHAD HAYDEN, VILLAGE OF UNION SPRINGS ATTORNEY, IN HIS OFFICIAL CAPACITY; BOARD OF TRUSTEES OF THE VILLAGE OF UNION SPRINGS, NEW YORK; AND THE VILLAGE OF UNION SPRINGS, NEW YORK <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 5:14-cv-1317-DNH-ATB |

### NOTICE OF JOINT MOTION TO MODIFY PRETRIAL SCHEDULE TO ALLOW CASE TO BE RESOLVED WITHOUT TRIAL

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in support of the Joint Motion To Modify Pretrial Schedule to Allow Case To Be Resolved Without Trial, and upon all pleadings and prior papers by and between the parties in this action, Plaintiffs (through their attorneys, Jenner & Block LLP) and Defendants (through their attorney, the Law Office of David Tennant PLLC) will jointly move this Court at the Alexander Pirnie U.S. Courthouse, 10 Broad Street, Utica, New York, on May 24, 2019, at 2:00 p.m., before the Hon. David N. Hurd, United States District Court Judge, for an

Order enter the schedule set forth in the accompanying Proposed Order and vacating the existing schedule.

DATED: May 15, 2019

On behalf of Plaintiffs

By: /s/ David W. DeBruin
    David W. DeBruin (*pro hac vice*)
    JENNER & BLOCK LLP
    1099 New York Ave. NW Suite 900
    Pi38 State Street
    Washington, DC 20001

On behalf of Defendants

By: /s/ David Tennant
    David Tennant
    Law Office of David Tennant PLLC
    3349 Monroe Avenue, Suite 345,
    Rochester, New York 14618