## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| CAYUGA NATION, CLINT HALFTOWN, TIMOTHY TWOGUNS, GARY WHEELER, DONALD JIMERSON, MICHAEL BARRINGER, RICHARD LYNCH, B.J. RADFORD, AND JOHN DOES 8-20,<br><br>Plaintiffs,<br><br>v.<br><br>HOWARD TANNER, VILLAGE OF UNION SPRINGS CODE ENFORCEMENT OFFICER, IN HIS OFFICIAL CAPACITY; BUD SHATTUCK, VILLAGE OF UNION SPRINGS MAYOR, IN HIS OFFICIAL CAPACITY; CHAD HAYDEN, VILLAGE OF UNION SPRINGS ATTORNEY, IN HIS OFFICIAL CAPACITY; BOARD OF TRUSTEES OF THE VILLAGE OF UNION SPRINGS, NEW YORK; AND THE VILLAGE OF UNION SPRINGS, NEW YORK,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 5:14-cv-1317-DNH-ATB |

## NOTICE OF MOTION TO DISMISS COUNTERCLAIM

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in support of the Motion to Dismiss Counterclaim, the Stipulation dated June 11, 2019, and upon all pleadings and prior papers by and between the parties in this action, Plaintiffs (through their attorneys, Jenner & Block LLP) will jointly move this Court at the Alexander Pirnie U.S. Courthouse, 10 Broad Street, Utica, New York, on June 28, 2019, at 2:00 p.m., before the Hon. David N. Hurd, United States District Court Judge, for an Order dismissing

the Counterclaim filed with Defendants' Answer, as set forth in the accompanying Proposed Order.

DATED: June 11, 2019

By:   /s/ David W. DeBruin
      David W. DeBruin (*pro hac vice*)
      JENNER & BLOCK LLP
      1099 New York Ave. NW Suite 900
      Washington, DC 20001

      *Attorney for Plaintiffs*

1