# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAYUGA NATION, CLINT HALFTOWN, TIMOTHY TWOGUNS, GARY WHEELER, DONALD JIMERSON, MICHAEL BARRINGER, RICHARD LYNCH, B.J. RADFORD, AND JOHN DOES 8-20,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HOWARD TANNER, VILLAGE OF UNION SPRINGS CODE ENFORCEMENT OFFICER, IN HIS OFFICIAL CAPACITY; BUD SHATTUCK, VILLAGE OF UNION SPRINGS MAYOR, IN HIS OFFICIAL CAPACITY; CHAD HAYDEN, VILLAGE OF UNION SPRINGS ATTORNEY, IN HIS OFFICIAL CAPACITY; BOARD OF TRUSTEES OF THE VILLAGE OF UNION SPRINGS, NEW YORK; AND THE VILLAGE OF UNION SPRINGS, NEW YORK,<br><br>　　　　Defendants. | No. 5:14-cv-1317-DNH-ATB |

## [PROPOSED] ORDER GRANTING MOTION TO DISMISS COUNTERCLAIM

Upon reading the Memorandum of Law in Support of Motion to Dismiss Counterclaim, dated June 11, 2019, the Stipulation dated June 11, 2019, and upon all pleadings and prior papers by and between the parties in this action, it is hereby:

ORDERED, that the Motion to Dismiss the Counterclaim is granted.

IT IS SO ORDERED.

Dated: _____ , 2019

                                                                               The Honorable David N. Hurd  
                                                                               United States District Judge