## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAYUGA NATION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> HOWARD TANNER, et al., <br><br> Defendants. | Civil Action No. <br> 5:14-cv-1317-DNH-ATB |

## NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW Paul J. Tuck, and notifies the Court and all counsel of his withdrawal as counsel of record for Plaintiffs, Cayuga Nation, et al. All other named counsel of record for Plaintiffs will continue to appear as counsel in this matter.

Dated: June 11, 2019      Respectfully submitted,

HANCOCK ESTABROOK, LLP

*s/ Paul J. Tuck*
Paul J. Tuck, Esq. (Bar No.:520814)
1800 AXA Tower I, 100 Madison Street
Syracuse, New York 13202
Telephone No.: (315) 565-4500

{H3650837.1}