IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAYUGA NATION, CLINT HALFTOWN, TIMOTHY TWOGUNS, GARY WHEELER, DONALD JIMERSON, MICHAEL BARRINGER, RICHARD LYNCH, B.J. RADFORD, AND JOHN DOES 8-20,<br><br>Plaintiffs,<br><br>v.<br><br>HOWARD TANNER, VILLAGE OF UNION SPRINGS CODE ENFORCEMENT OFFICER, IN HIS OFFICIAL CAPACITY; BUD SHATTUCK, VILLAGE OF UNION SPRINGS MAYOR, IN HIS OFFICIAL CAPACITY; CHAD HAYDEN, VILLAGE OF UNION SPRINGS ATTORNEY, IN HIS OFFICIAL CAPACITY; BOARD OF TRUSTEES OF THE VILLAGE OF UNION SPRINGS, NEW YORK; AND THE VILLAGE OF UNION SPRINGS, NEW YORK,<br><br>Defendants. | No. 5:14-cv-1317-DNH-ATB |

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 17 2019
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Utica

**ORDER GRANTING MOTION TO DISMISS COUNTERCLAIM**

Upon reading the Memorandum of Law in Support of Motion to Dismiss Counterclaim, dated June 11, 2019, the Stipulation dated June 11, 2019, and upon all pleadings and prior papers by and between the parties in this action, it is hereby:

ORDERED, that the Motion to Dismiss the Counterclaim is granted.

IT IS SO ORDERED.

Dated: June 17, 2019

SO ORDERED:

DAVID N. HURD
United States District Judge
Dated: 6/17/19 Utica, NY