AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| Cayuga Nation et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 5:14-cv-1317-DNH-ATB |
| Howard Tanner et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All named plaintiffs.

Date:   06/18/2019

/s/ Zachary C. Schauf
*Attorney's signature*

Zachary C. Schauf (pro hac vice, #4780546)
*Printed name and bar number*
Jenner & Block LLP
1099 New York Ave., NW
Washington, DC 20001

*Address*

zschauf@jenner.com
*E-mail address*

(202) 637-6379
*Telephone number*

(202) 639-6066
*FAX number*