**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| CAYUGA NATION, CLINT HALFTOWN, TIMOTHY TWOGUNS, GARY WHEELER, DONALD JIMERSON, MICHAEL BARRINGER, RICHARD LYNCH, B.J. RADFORD, AND JOHN DOES 8-20, <br><br> Plaintiffs, <br><br> v. <br><br> HOWARD TANNER, VILLAGE OF UNION SPRINGS CODE ENFORCEMENT OFFICER, IN HIS OFFICIAL CAPACITY; BUD SHATTUCK, VILLAGE OF UNION SPRINGS MAYOR, IN HIS OFFICIAL CAPACITY; CHAD HAYDEN, VILLAGE OF UNION SPRINGS ATTORNEY, IN HIS OFFICIAL CAPACITY; BOARD OF TRUSTEES OF THE VILLAGE OF UNION SPRINGS, NEW YORK; AND THE VILLAGE OF UNION SPRINGS, NEW YORK, <br><br> Defendants. |  | No. 5:14-cv-1317-DNH-ATB |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS the Court on May 21, 2019 granted the parties' Joint Motion to Modify Pretrial Schedule setting deadlines for the parties to produce documents (by May 31, 2019), to conduct depositions (by June 14, 2019), to identify facts that can be agreed to by stipulation (by June 21, 2019), to file simultaneous cross-motions for summary judgment (by July 22, 2019), and to file simultaneous response briefs on summary judgment (by August 21, 2019);

WHEREAS the parties have produced to each other hundreds of pages of documents, have conducted a deposition, and have exchanged proposed stipulated facts, as contemplated by the May 21, 2019 order;

WHEREAS the parties are continuing their efforts to work collaboratively to complete discovery (including to produce documents requested pursuant to supplemental requests by Defendants following the deposition) and to identify facts that can be agreed to by stipulation;

WHEREAS the parties jointly desire a short, 30-day extension of the current schedule so that they may continue their efforts to work collaboratively to complete discovery and to identify facts that can be agreed to by stipulation;

IT IS HEREBY STIPULATED AND AGREED THAT:

1. The prior scheduling order, entered May 21, 2019, is VACATED;
2. The case shall then proceed in accordance with the following pretrial schedule:
   a. July 22, 2019: Parties shall identify all facts that can be agreed to by stipulation;
   b. August 21, 2019: Parties shall file simultaneous cross-motions for summary judgment; and
   c. September 20, 2019: Parties shall submit simultaneous response briefs on summary judgment, with no replies permitted.

DATED: July 9, 2019

On behalf of Plaintiffs:

By: /s/ David W. DeBruin
    David W. DeBruin (*pro hac vice*)
    JENNER & BLOCK LLP
    1099 New York Ave. NW
    Suite 900
    Washington, DC 2001
    (202) 639-6000

On behalf of Defendants:

By: /s/ David H. Tennant
    David H. Tennant
    Law Office of David Tennant PLLC
    3349 Monroe Avenue
    Suite 345
    Rochester, New York 14618
    (585) 708-9338

DATE:

_____

IT IS SO ORDERED:

_____
United States District Judge